*866
 
 DAMOORGIAN, J.
 

 Stephen J. Craddock appeals the trial court’s denial of his Motion
 
 to
 
 Transfer Venue from Broward County to Palm Beach County. We conclude that venue is legally proper in Broward County and that the trial judge did not abuse his discretion by denying Craddock’s motion.
 
 See Host Marriott Tollroads, Inc. v. Petrol Enters., Inc.,
 
 810 So.2d 1086, 1089-90 (Fla. 4th DCA 2002) (stating that an order on a motion to transfer venue is reviewed for abuse of discretion unless the order turns on a question of law, in which case the order is reviewed de novo).
 

 Affirmed.
 

 HAZOURI and CIKLIN, JJ., concur.